IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ELTON BENNIE SMITH, JR.                                         PLAINTIFF

v.                          Case No. 11-6036

CORIZON, INC.; MEDICAL DIRECTOR
ROLAND ANDERSON; WARDEN W.D. REED;
DEPUTY DIRECTOR WENDY KELLEY;
JUDITH SAVOY; DR. SHIRLEY BARNES;
DREAM REDIC-YOUNG; DR. DAVID WARE;
and NURSE JENNIFER HUGHES                                       DEFENDANTS

**ORDER**

Now on this 19th day of September 2014, there comes on for consideration the reports and recommendations filed herein on June 23, 2014 (doc. 120), July 10, 2014 (doc. 123-125), and July 11, 2014 (doc. 126), by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the reports and recommendations.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety.

Accordingly, Separate Defendants Warden W.D. Reed and Deputy Director Wendy Kelley's Motion to Dismiss (doc. 69) is GRANTED, and Plaintiff's claims against Separate Defendants Reed and Kelley are DISMISSED WITHOUT PREJUDICE. Separate Defendants Corizon, Inc. and Medical Director Roland Anderson's Motion for Summary Judgment

**AO72A**
**(Rev. 8/82)**

(doc. 71) is GRANTED, and Plaintiff's claims against Corizon and Anderson are DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a).  Plaintiff's claims against Separate Defendant Dr. Shirley Barnes are DISMISSED WITHOUT PREJUDICE, however, Plaintiff is advised he may file a separate action against Barnes if he is able to obtain an accurate service address for her.  Separate Defendants Dr. David Ware, Judith Savoy, and Dream Redic-Young's Motion to Dismiss (doc. 101) is GRANTED, and Plaintiff's claims against Ware, Savoy and Redic-Young are DISMISSED WITHOUT PREJUDICE.  Separate Defendant Nurse Jennifer Hughes' Motion to Dismiss (doc. 111) is GRANTED, and Plaintiff's claims against Hughes are DISMISSED WITHOUT PREJUDICE.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　United States District Judge